UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEVARE ZIMMERMAN,

  Plaintiff,

-vs-                                       CASE NO.: 5:18-CV-00570-JSM-PRL

NAVIENT SOLUTIONS, LLC,

  Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    COMES NOW the Plaintiff, NEVARE ZIMMERMAN, by and through her undersigned attorney, and hereby file this Notice of Voluntary Dismissal Without Prejudice of the above-captioned matter.

                                                    */s/ Shaughn C. Hill*
                                                    Shaughn C. Hill, Esquire
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                     Tampa, FL 33602
                                                     Tele: (813) 223-5505
                                                     Fax: (813) 223-5402
                                                     shill@forthepeople.com
                                                     Florida Bar #: 105998
                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of January, 2019, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties of record.

Michael Schuette, Esquire
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Dr
Tampa, FL 33618
813-890-2460
Email: mschuette@sessions-law.biz

            */s/ Shaughn C. Hill*___
             Shaughn C. Hill, Esquire
             Florida Bar #:  105998